Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED DRILLING WORKS, INC., a California Corporation, and GREGORY G. UFFENS, an Individual,<br><br>Defendants. | Case No.: C08-3973 SC<br><br>**PROOF OF SERVICE OF SUMMONS** |

///
///
///
///
///
///
///
///
///

-1-
**PROOF OF SERVICE OF SUMMONS**
**Case No.: C08-3973 SC**

P:\Clients\OE3CL\Advanced Drilling\Pleadings\P:\CLIENTS\OE3CL\Advanced Drilling Works\Pleadings\Complaint\C08-3973 SC POS of Summons 090208.DOC

| ATTORNEY NAME<br>Muriel B. Kaplan, Esq. (SBN 124607)<br>Michelle R. Stafford, Esq. (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street, Suite 2110<br>SAN FRANCISCO, CA 94104<br><br>ATTORNEY FOR: **Plaintiffs** | TELEPHONE NO.<br>(415) 882-7900 |
|---|---|
| COURT<br>**UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** ||
| SHORT NAME OF CASE<br>Operating Engineers v. Advanced Drilling Works ||

| **PROOF OF SERVICE – Summons** | | COURT CASE NUMBER:<br>C08-3973 SC |
|---|---|---|

I, Brendan Miller, declare:

I was instructed to serve process in the above-referenced matter on the following person or entity. I was on the dates therein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

**I personally delivered copies of [SEE ATTACHED LIST OF DOCUMENTS] to:**

Gregory G. Uffens
1043 Serpentine Lane, Suite E
Pleasanton, California 94566-4785

**Date of Service:** August 25th, 2008
**Time of Service:** 11:40 am

**Manner of Service:** Substituted Service to Sandra Rhodes, a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed her of the general nature of the papers.

**In addition, a copy of the attached list of documents, were mailed (by first-class, postage prepaid) to the above mentioned Defendant at the place where the documents were left. I mailed the documents on August 26th, 2008 from San Francisco, California.**

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on August 27th 2008 at San Francisco, California.

Godspeed Courier Services Inc
2130 Folsom St.
San Francisco, CA 94110
(415) 821 1000

Signature: _[signature]_
Name: Brendan Miller
Title: Owner

## PROOF OF SERVICE

**Operating Engineers Health & Welfare Trust Fund, et al., v.**
**Advanced Drilling Works, Inc., et al.**
*USDC Case No.: C08-3973 SC*

LIST OF DOCUMENTS SERVED:

1) SUMMONS;

2) COMPLAINT;

3) DISPUTE RESOLUTION PROCEDURES in the NORTHERN DISTRICT of CALIFORNIA;

4) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

5) STANDING ORDERS;

6) INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ADR CERTIFICATION BY PARTIES AND COUNSEL;

7) NOTICE OF AVIALABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;

8) CONSENTING TO A MAGISTRATE JUDGE"S JURISDICION IN THE NORTHERN DISTRICT OF CALIFORNIA;

9) WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO.