Ernest M. Malaspina, Bar No. 187946
emalaspina@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:  (408) 286-9800
Facsimile:   (408) 998-4790

Attorneys for Defendants
ADVANCED DRILLING WORKS, INC., and
GREGORY G. UFFENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITHE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABLIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; AND HEAVY AND HIGHWAY COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED DRILLING WORKS, INC., a California Corporation, and GREGORY G. UFFENS, an Individual,<br><br>Defendants. | CASE NO. CV-08-3973 SC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS ADVANCED DRILLING WORKS, INC. AND GREGORY UFFENS TO ANSWER COMPLAINT** |

342\603013.1
STIPULATION TO EXTEND TIME FOR DEFENDANTS ADVANCED DRILLING WORKS, INC. AND GREGORY UFFENS TO ANSWER COMPLAINT   CV-08-3973

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

1     WHEREAS, the above-captioned plaintiffs (hereinafter "Plaintiffs") and Defendants ADVANCED DRILLING WORKS, INC. and GREGORY G. UFFENS, by and through respective counsel, are currently and actively engaged in discussions with the intent of resolving this dispute through a negotiated settlement.

    WHEREAS, to conserve the resources of the parties and the Court, the parties have agreed to extend the time by which must answer or otherwise respond to the Complaint in the above-captioned action to October 17, 2008.

    NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between Plaintiffs and Defendants, that the time by which Defendants ADVANCED DRILLING WORKS, INC. and GREGORY G. UFFENS must answer or otherwise respond to the Complaint in the above-captioned action is extended to October 17, 2008.

Dated: September 18, 2008

HOPKINS & CARLEY
A Law Corporation

By: _____
Ernest M. Malaspina
Attorneys for Defendants
ADVANCED DRILLING WORKS, INC.,
and GREGORY G. UFFENS

Dated: September 18, 2008

SALTZMAN & JOHNSON LAW CORPORATION

By: _____
Muriel B. Kaplan
Attorneys for Plaintiffs



IT IS SO ORDERED
Judge Samuel Conti

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

342\603013.1

- 2 -
STIPULATION TO EXTEND TIME FOR DEFENDANTS ADVANCED DRILLING WORKS, INC. AND GREGORY UFFENS TO ANSWER COMPLAINT   CV-08-3973