Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ADVANCED DRILLING WORKS, INC., a California Corporation, and GREGORY G. UFFENS, an Individual,<br><br>        Defendants. | Case No.: C08-3973 SC<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:     December 5, 2008<br><br>Time:    10:00 a.m.<br><br>Ctrm:    1, 17th Floor<br><br>Judge:   The Honorable Samuel Conti |

The parties hereto hereby request that the Case Management Conference, currently set for December 5, 2008, be continued for approximately 60 days.

1.      The Complaint in this matter was filed on August 20, 2008 to compel Defendants to comply with an audit on its payroll records, and to pay to Plaintiffs any additional amounts found due thereby.

2.      After service of the Complaint, Defendants complied with the audit and the parties are now waiting for the report to be issued by Plaintiffs' auditor.  That report will be sent to Defendants for review.

3.      Because the Defendants had complied with the audit but the report was not yet issued, it was not determined if there was anything to resolve.  The parties therefore failed to

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C08-3973 SC**

1  timely file the ADR Certification, for which counsel apologize for any inconvenience to the Court
2  or the ADR Section.
3       4.    The parties are therefore filing a Notice of Need for ADR Phone Conference, but
4  request that it be scheduled in accordance with the requested continuance of the Case Management
5  Conference.  If ADR is necessary, a fully executed ADR Certification will be filed.
6       5.    Once the audit report is issued and reviewed, the parties will discuss any matters
7  which may be raised by the audit findings, in an attempt to resolve any disputes.
8       6.    There are no other issues to be discussed at this time.
9       7.    The parties therefore respectfully request that the Case Management Conference be
10 continued for 60 days to allow for the intervening holidays and for the parties to attempt resolution
11 if any is necessary, in the interest of conserving costs as well as the Court's time and resources.
12      8.    It is furthermore requested that all previously set deadlines and dates related to this
13 case be continued as well.

Dated: November 26, 2008           SALTZMAN & JOHNSON
                                   LAW CORPORATION

                                   By: _____/S/_____
                                       Muriel B. Kaplan
                                       Attorneys for Plaintiffs

Dated: November 26, 2008           HOPKINS & CARLEY

                                   By: _____/S/_____
                                       Ernest M. Malaspina
                                       Attorneys for Defendants

IT IS SO ORDERED.

    Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to __February 20__, 2009, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.

Date: __12/2/08__                  _____
                                   THE HONORABLE SAMUEL CONTI
                                   UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C08-3973 SC**

P:\CLIENTS\OE3CL\Advanced Drilling Works\Pleadings\C08-3973 SC CMC Continuance Request 112608.DOC