1 | Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 | San Francisco, CA 94104
(415) 882-7900
4 | (415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
5 | mstafford@sjlawcorp.com

6 | Attorneys for Plaintiffs

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | GIL CROSTHWAITE, et al., as Trustees of the    Case No.: C08-3973 SC
OPERATING ENGNEERS HEALTH AND
12 | WELFARE TRUST FUND FOR NORTHERN          **JOINT REQUEST TO CONTINUE**
CALIFORNIA, et al.,                                        **CASE MANAGEMENT CONFERENCE**
13
Plaintiffs,
14                                                                      Date:    February 20, 2009
15 | v.                                                                Time:    10:00 a.m.

16 | ADVANCED DRILLING WORKS, INC., a
California Corporation, and GREGORY G.     Ctrm:    1, 17th Floor
UFFENS, an Individual,
17                                                                      Judge:   The Honorable Samuel Conti
Defendants.
18

19 |      The parties hereto hereby request that the Case Management Conference, currently set for

20 | February 20, 2008, again be continued for approximately 60 days, as follows:

21 |      1.     The Complaint in this matter was filed on August 20, 2008 to compel Defendants

22 | to comply with an audit of its payroll records, and to pay to Plaintiffs any amounts found due.

23 |      2.     After service of the Complaint, Defendants complied with the audit and the parties

24 | were waiting only for the report to be issued by Plaintiffs' auditor and sent to Defendants for

25 | review.  The parties therefore requested, and the court allowed, a continuance of the prior Case

26 | Management Conference, pending completion and review of the audit report.

27 | ///

28 | ///

**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C08-3973 SC**

1    3.    However, Plaintiffs' auditor subsequently determined that in fact all necessary

2    documents had *not* been provided, and made written request on Defendants on December 15, 2008

3    for the specific group of undisclosed records.

4    4.    Defendants first declined to provide the documents, then agreed to but did not

5    provide them. The auditor again requested the documents in writing in January, 2009, and only

6    following discussion between counsel, did Defendants agree to provide them promptly.

7    Nevertheless, Plaintiffs' auditor advised that they only recently received those documents on

8    February 9, 2009, for their review. The parties are therefore still in a position of not knowing if

9    there is any issue to address or resolve in this matter.

10   5.    Once the audit report is issued and reviewed, the parties will discuss any matters

11   which may be raised by the audit findings, in an attempt to resolve any disputes.

12   6.    There are no other issues to be discussed at this time.

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C08-3973 SC**

7.      The parties therefore respectfully request that the Case Management Conference be continued for 60 days to allow time for the auditor to provide the report, and for the parties to review it and attempt resolution if any is necessary, in the interest of conserving costs as well as the Court's time and resources.

Dated: February 13, 2009                    SALTZMAN & JOHNSON
                                            LAW CORPORATION

                                    By: _____
                                            Muriel B. Kaplan
                                            Attorneys for Plaintiffs

Dated: February 13, 2009                    HOPKINS & CARLEY

                                    By: _____
                                            Ernest M. Malaspina
                                            Attorneys for Defendants

IT IS SO ORDERED.

        Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to _____April 17_____, 2009, and all previously vacated deadlines and dates related to this case may be reset at that Conference.

Date: ____2/17/09_____          _____
                                            THE HONORABLE SAMUEL CONTI
                                            UNITED STATES DISTRICT COURT JUDGE

JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: C08-3973 SC