1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287–Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | GIL CROSTHWAITE, et al., as Trustees of the | Case No.: C08-3973 SC
     OPERATING ENGNEERS HEALTH AND
12 | WELFARE TRUST FUND FOR NORTHERN | **JOINT REQUEST TO CONTINUE**
     CALIFORNIA, et al., | **CASE MANAGEMENT CONFERENCE**
13
        Plaintiffs,
14 |                                           | Date:   June 26, 2009
   v.
15 |                                           | Time:   10:00 a.m.
   ADVANCED DRILLING WORKS, INC., a
16 | California Corporation, and GREGORY G.    | Ctrm:   1, 17th Floor
     UFFENS, an Individual,
17 |                                           | Judge:  The Honorable Samuel Conti
        Defendants.
18

19       The parties hereto hereby request that the Case Management Conference, currently set for

20 June 26, 2009, again be continued for approximately 45 days, as follows:

21       1.      The Complaint in this matter was filed on August 20, 2008 to compel Defendants

22 to comply with an audit of its payroll records, and to pay to Plaintiffs any amounts found due.

23       2.      The audit has been completed, and only the attorneys fees remain to be paid.

24 Defendant has represented that payment will be made to Plaintiffs within 30 days, on or before

25 July 20, 2009.

26       3.      There are no other issues to be discussed at this time.

27       4.      In the interest of conserving costs as well as the Court's time and resources, the

28 parties therefore respectfully request that the Case Management Conference be continued for 45

1 | days to allow the payment to be issued, deposited and clear the bank, and for Plaintiffs to dismiss
2 | this matter thereafter.

3 | Dated: June 18, 2009              SALTZMAN & JOHNSON
4 |                                   LAW CORPORATION

5 |
6 |                                   By: _____/S/_____
                                          Muriel B. Kaplan
                                          Attorneys for Plaintiffs
7 |
8 | Dated: June 18, 2009              HOPKINS & CARLEY

9 |
10|                                   By: _____/S/_____
                                          Ernest M. Malaspina
                                          Attorneys for Defendants
11|
12|
13| IT IS SO ORDERED.
14|     Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case
15| Management Conference is hereby continued to August 14, 2009, and all previously
16| vacated deadlines and dates related to this case may be reset at that Conference. This is
17| the last expension to be allowed

18| Date: June 24/09                  _____
19|                                   THE HONORABLE SAMUEL CONTI
20|                                   UNITED STATES DISTRICT COURT JUDGE