1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9                         UNITED STATES DISTRICT COURT

10                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND<br>13  WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br>14<br>15         Plaintiffs,<br>16  v.<br>17  ADVANCED DRILLING WORKS, INC., a California Corporation, and GREGORY G. UFFENS, an Individual,<br>18<br>19         Defendants. | Case No.: C08-3973 SC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

20     PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs Operating

21  Engineers Health and Welfare Trust Fund for Northern California, et al., and Defendants

22  Advanced Drilling Works, Inc. and Gregory G. Uffens stipulate to the voluntarily dismissal of

23  Defendants Advanced Drilling Works, Inc. and Gregory G. Uffens in this action.

24  ///

25  ///

26  ///

27  ///

28  ///

**STIPULATION OF VOLUNTARY DISMISSAL:**
**C08-3973 SC**

C:\Documents and Settings\vanessa\Desktop\C08-3973 SC Stipulation of Voluntary Dismissal 082109.DOC

Plaintiffs have not previously filed or dismissed any similar action against Defendants.

Dated: August 25, 2009          SALTZMAN & JOHNSON
                                LAW CORPORATION


                        By:     /S/Muriel B. Kaplan
                                Muriel B. Kaplan
                                Attorneys for Plaintiffs


Dated: August 25, 2009          HOPKINS & CARLEY


                        By:     /S/Ernest M. Malaspina
                                Ernest M. Malaspina
                                Attorneys for Defendants

IT IS SO ORDERED.

This case is hereby dismissed, and the calendar herein is vacated.

Dated: August 26, 2009          _____
                                THE HONORABLE SAMUEL CONTI
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

*IT IS SO ORDERED / Judge Samuel Conti / United States District Court / Northern District of California* (seal)

**STIPULATION OF VOLUNTARY DISMISSAL:**
**C08-3973 SC**